### CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBT)

**Debtor** (H) Gordon Turnovsky           13-27291
         (W) Joanne Turnovsky

**Address:**  4340 West Union Road
              Millington, TN 38053

**Plan Payment:**      $450.00             **Weekly**

**Payroll Deduction:** Schneider National
                       P.O. Box 2545           First Pymt    8/1/2013
                       Green Bay, WI 54306

**Administrative:** Pay filing fee, Trustee fee, and Debtor's attorney fee
                    pursuant to Court Order.                                Monthly Plan Pymt.

**Auto Insurance:**                                                         Paid outside

**Child Support:** Future support through plan to                           None
                   arrreage amount

**PRIORITY**
**Dept. Veterans Affairs**             $218.00                              $4.00

**MORTGAGE**                           Payment Begins 09/01/2013
SPS Select Portfolio                                                        $1,048.00
            Approx arrearage           $4,393                               $73.00
DTA Solutions                          Payment Begins 09/01/2013            $249.15
            Approx arrearage           $1,265.00                            $21.00

**Secured Creditors:**
**Retain Lien 11 USC 1325 (a) (5)**    **Value**             **Interest Rate**
AAFES                                  $556.00                              $9.00
Credit Acceptance                      $13,500.00                           $225.00
First Heritage                         $700.00                              $12.00
**SPECIAL CLASS UNSECURED**

**Unsecured creditors:** Pay TBD of these claims after above claims are paid

**Estimated Total of unsecured non-priority debt:**     $27,734.00
**Adequate Protection will be (1/4)    25% of the proposed   monthly    payment**
**Failure to file timely a written objection will be deemed an acceptance of the plan.**
**Termination:**     Plan shall terminate upon payment of the above apporximately 60 months.
**Absent a specific court order otherwise, all claims, other than those specifically provided**
**for above, shall be paid as general unsecured debts.**